No. 6,420.—EDWARD S. WATSON, Appellant, *v.* RUBY E. WATSON, Respondent.

Decided October 26, 1929.

PER CURIAM.—Of its own motion the court dismisses the appeal herein because of appellant's laches.

*Mr. John K. Claxton,* for Appellant.

No. 6,450.—GEORGE R. SHEPARD, Respondent, *v.* MARY McCORMICK FITZGERALD, Appellant.

Decided October 26, 1929.

PER CURIAM.—Of its own motion the court dismisses the appeal herein because of appellant's laches.

*Mr. W. J. McCormick* and *Mr. Thomas N. Marlowe,* for Appellant.